DOW CLOCK, as Executor, etc., of MARTIN BENOWITZ, Respondent, v. JACOB

STRYKER, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Hagarty, Carswell and Tompkins, JJ.